Dismissed and Memorandum Opinion filed December 21, 2006








Dismissed
and Memorandum Opinion filed December 21, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00990-CV

____________

 

METABOLIFE INTERNATIONAL, INC.,
Appellant

 

V.

 

RHEA MCALLISTER,
Appellee

 



 

On Appeal from the 295th District Court

Harris County, Texas

Trial Court Cause No. 01-30831-A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 23, 2005.  Appellant, Metabolife
International, Inc., had petitioned for voluntary bankruptcy in the United
States Bankruptcy Court for the Southern District of California, under cause
number 05-06040-JH11.  Because a stay is automatically effected by Section
362(a) of the Bankruptcy Code, we stayed all proceedings in the appeal.  See
Tex. R. App. P. 8.2.








            On December
12, 2006, the parties filed an agreed motion to lift the bankruptcy stay and an
agreed motion to dismiss the appeal in order to effectuate a compromise and
settlement agreement.  See Tex.
R. App. P. 42.1.  The motions are granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 21, 2006.

Panel consists of Justices Frost, Seymore, and Guzman.